IN The United States District
Court Ter The District Of Idaho

William J. Fletcher
Plaintiff

VS

Idaho Department Of Correction
Idaho Commission Of Pardon & Parole
Sandy Jones
Karen Clifford

Case No:
1:18CV-267-BLW

Addendum/Exhibits

U.S. COURTS
JUN 14 2018
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Comes now the Plaintiff William J. Fletcher, through Pro Se Hereby filed This Addendum/Exhibits in Respect Of Evidence showing A Constitutional Violation Of Due Process Of liberty interest to be Free From being labeled As A sexoffender on A None sexoffense charge Of Injury to A child, I.C. § 18-1501(1), Plaintiff Hopes And Pray that The Honorable Court see This Evidence and takes it All into consideration In the Matter Of Interest Of Justice, Respectfully dated This 14th day June 2018

William Fletcher



# IDAHO DEPARTMENT OF CORRECTION
## COMMUNITY CORRECTIONS DIVISION
### DISTRICT 4 PROBATION/PAROLE

C.L. "BUTCH" OTTER  
GOVERNOR

HENRY ATENCIO  
DIRECTOR

## *D-4 PO CONTACT PROCEDURES*

If you need to contact your PO it should be for emergencies that you can't find the answer(s) to by reading your Orientation Packet(s), Parole Agreement, or Court Orders. All the rules and laws are addressed at orientation and you are expected to know and understand them.

Steps to communicating with your Probation/Parole officer:

1. Call your PO's phone extension and leave a message if they do not answer.
2. Fill out a District 4 Sex Offender Supervision Unit Communication Sheet and turn it in to the duty officer up front.
3. Call another SO Probation/Parole Officer and ask if they can help with your question/concern.
4. Come down to the office and ask for your PO or other SO PO's
5. Call and ask to speak with Section Supervisor of the SO Unit Karen Clifford ext. 250
   (Step 5 should be your final and last resort if you are not able to contact your PO and should only be used in an extreme emergency).

*District Four Probation/Parole Sex Offender Unit Contact List:*

*D4 Probation/Parole*  
*10221 W. Emerald St.*  
*Boise, Idaho 83704*  
*Phone: 208-327-7008   Fax: 208-327-7351*

1st PO  
Tonya Shaw—ext. 230

Patrick Williams – ext. 264

Chantel Duerksen – ext. 267

Janae Vorhes—ext. 242

Matt Gambrell—ext. 297

Kristy Hardy – ext. 276

Patty Sproat – ext. 226

Samuel Montanez –ext. 239

Christine Hopson – 587-8188 (Mt. Home)

Jason Warthen—ext. 235

Stephanie Whiter—ext. 279

2nd PO  
Steven Duchene – ext. 214

Steven Hurst – ext. 262

3rd Allison McManus parole officer



*[Handwritten notes: "THURSDAY 17," "MONDAY 8:00 AM @ GROUP"]*

# Orientation Letter

To Clients:

Welcome to H&H Treatment Programs! We would like to take this opportunity to introduce ourselves and to define our treatment services. We've been working with those who have sexually offended and their families since 1993. Our staff is certified through the Idaho Sex Offender Management Board and actively participates in the Idaho Association for the Treatment of Sexual Abuse. We are passionate about what we do! It is our hope that your participation with us results in the successful completion of the program and if applicable your probation and parole requirements. Further, we hope that as you participate in treatment you will gain the skills to live a pro-social life and fulfill the goals that you have.

At H&H Treatment we believe that people have the ability to change through hard work, accountability, honesty, and insight. Our program is designed to help you make long term changes to your life and particularly to those areas of your life that led to sexual offending. We believe in tailoring treatment to your unhealthy lifestyle. If you have done previous treatment we will modify your treatment according to your needs. We do not believe in busy work and we are not here to waste your time. We are here to provide effective and focused treatment.

- **Yes! You are eligible to attend and H&H can help you succeed.**

- **Yes! We recognize treatment successfully completed in prison or with another community provider, which may shorten treatment time and costs.**

- **Yes! H&H involves the Family/Support System in treatment.**

- **Yes! Your personal motivation, commitment and work ethic WILL dictate how quickly you move through treatment. IT IS IN YOUR CONTROL!**

Throughout the treatment process we expect you to be 100 percent compliant with probation requirements, court orders, and your treatment contract. We recommend that you have a copy of each of these documents in your possession and that you are familiar with their requirements. If you are unsure of what the rules are or the wording in any of these documents you should ask your treatment provider, or Probation/Parole Officer.

H&H Treatment Programs has the strongest and most supportive chaperon program in the state of Idaho. We recognize that families are often a strong support and we are committed to helping you maintain that support in the right way and in the right time. As treatment providers we work to help you reach your pro-social goals as you demonstrate compliance, stability, and insight.

Expect to start group right away. Group is an important element to treatment. It allows you to work with others who are going through what you are going through and to work together to achieve insight and accountability. In addition, expect to have an orientation session within the next several weeks with your therapist. In that session the therapist will discuss with you the basics of treatment, length of treatment, and transitioning back into the community. We look forward to working with you. We wish you the best as you work toward your pro-social goals.

Sincerely,


Christopher Heindel, LMFT
Matthew Heindel, LMFT

---