William Fletcher Change Of Address Form

In The Following Cases

1:14 CV-00532-BLW
1:15 CV-00166-REB
1:15 CV-00820-ESL
1:15 CV-00029-REB
1:18-CV-00267-BLW

**U.S. COURTS**

APR 17 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

From 17941 S. Annett Street
APT 1041
Boise, Id 83705
        208 409 2674


TO
        6576 W. Douglas Street
    Boise Id 83705

            208 918 6917


William Fletcher            04-17-2019